IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      Plaintiff,

vs.                                                      NO. CR 08-0046 RB

**SETH ALEX HORNEDEAGLE, III,**

      Defendant.

## ORDER

**THE COURT**, having reviewed the United States of America's Motion To Allow Crime Victim's Parents To Be Present During Trial and noting that it is unopposed, finds that the motion is well taken and should be granted subject to the condition that Jane Doe's parents should refrain from outwardly displaying their approval or disapproval of evidence or testimony within view of the jury.

**WHEREFORE,**

    **IT IS HEREBY ORDERED** that, subject to the preceding condition, Jane Doe's parents are permitted to be present during the trial of this matter.

_____
**ROBERT C. BRACK**
**UNITED STATES DISTRICT JUDGE**