IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.                                                 **NO. CR 08-0046 RB**

**SETH ALEX HORNEDEAGLE, III,**

    **Defendant.**

## ORDER

**THE COURT**, having reviewed the United States of America's Motion To Continue *Daubert* Hearing And Hearing On Motion To Compel and noting that it is unopposed, finds that the motion is well taken and should be granted.

**WHEREFORE,**

**IT IS HEREBY ORDERED** that the March 20, 2009 hearing, and any related motions deadline, as to Defendant's production of expert witness reports and the admissibility of Defendant's experts' testimony, is hereby continued.  The Court shall notify the parties of a new hearing date.

                                                        _____
                                                        **ROBERT C. BRACK**
                                                        **UNITED STATES DISTRICT JUDGE**