### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**vs.**                                     **NO. CR 08-0046 RB**

**SETH ALEX HORNEDEAGLE, III,**

      **Defendant.**

### ORDER

      **THE COURT**, having reviewed the United States of America's First Motion *In Limine* To Exclude Evidence Regarding Sexual Abuse Suffered By Jane Doe's Mother and noting that it is unopposed, finds that the motion is well taken and should be granted.

**WHEREFORE,**

      **IT IS HEREBY ORDERED** that Defendant is prohibited from eliciting any testimony at trial regarding prior sexual abuse suffered by Jane Doe's Mother.

_____
**ROBERT C. BRACK**
**UNITED STATES DISTRICT JUDGE**