IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**vs.**                                      **NO. CR 08-0046 RB**

**SETH ALEX HORNEDEAGLE, III,**

      **Defendant.**

## ORDER

**THE COURT**, having reviewed the United States of America's Second Motion *In Limine* To Exclude Evidence Of Specific Instances Of Conduct To Attack The Credibility Of Government Witness Jason Roche and noting that it is unopposed, finds that the motion is well taken and should be granted.

**WHEREFORE,**

**IT IS HEREBY ORDERED** that Defendant is prohibited from attempting to attack Jason Roche's credibility by inquiring into his alleged participation in numerous fights or alleged involvement in illegal narcotics dealings.

_____
**ROBERT C. BRACK**
**UNITED STATES DISTRICT JUDGE**